## (October 4, 1973)

In the Matter of **EDWARD R. BRAGG,** Appellant, v. **ELIZABETH A. CASSIDY** et al., Constituting the Board of Elections of the City of New York, and **JEFFREY P. COHEN,** Respondents.— In a proceeding to validate petitions designating appellant as a candidate of the New Coalition Party in the general election to be held on November 6, 1973 for the public office of President of the Borough

of Queens, the appeal is from a judgment of the Supreme Court, Queens County, entered September 26, 1973, which denied the application. Judgment affirmed, without costs. No opinion. Shapiro, Acting P. J., Gulotta, Christ and Benjamin, JJ., concur.